```
Surjit P. Soni (State Bar No. 127419)
M. Danton Richardson (State Bar No. 141709)
Leo E. Lundberg, Jr. (State Bar No. 125951)
THE SONI LAW FIRM
35 North Lake Ave., Suite 720
Pasadena, California  91101
(626) 683-7600 Telephone
(626) 683-1199 Fax

SURJ@SONILAW.COM
DANTON@SONILAW.COM
LEO@SONILAW.COM

Attorneys for Plaintiff,
BIBIJI INDERJIT KAUR PURI
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIBIJI INDERJIT KAUR PURI, an individual, | CASE NO.:   CV11 08675 JFW (SSx) |
| Plaintiff, | **PROOF OF SERVICE OF COMPLAINT AND SUMMONS** |
| vs. | |
| HEARTHSIDE FOOD SOLUTIONS, LLC, a Delaware Limited Liability Corporation; DOES 1 through 10, | |
| Defendants. | |

**PROOF OF SERVICE OF COMPLAINT AND SUMMONS**