Surjit P. Soni (State Bar No. 127419)
M. Danton Richardson (State Bar No. 141709)
Leo E. Lundberg, Jr. (State Bar No. 125951)
THE SONI LAW FIRM
35 North Lake Ave., Suite 720
Pasadena, California 91101
(626) 683-7600 Telephone
(626) 683-1199 Fax

SURJ@SONILAW.COM
DANTON@SONILAW.COM
LEO@SONILAW.COM

Attorneys for Plaintiff,
BIBIJI INDERJIT KAUR PURI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIBIJI INDERJIT KAUR PURI, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>HEARTHSIDE FOOD SOLUTIONS, LLC, a Delaware Limited Liability Corporation;<br>DOES 1 through 10,<br><br>            Defendants. | CASE NO.: CV11-08675-JFW (SSx)<br><br>**DECLARATION OF SURJIT P. SONI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO DISMISS, STAY OR TRANSFER**<br><br>**Date:      December 19, 2011**<br>**Time:      1:30 p.m.**<br>**Place:     Courtroom 16**<br><br>**Hon. John F. Walter** |

SONI DEC IN SUPPORT OF PLAINTIFF'S OPPOSITION TO HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO DISMISS, STAY OR TRANSFER
CASE NO.:CV11-08675-JFW (SSx)

S:\Soni_Law\Inderjit Puri\Inderjit v Hearthside\pldgs\Opp2Mtn2Stay or Transfer-sps decl-spswpd.wpd

# DECLARATION OF SURJIT P. SONI

I, Surjit. P. Soni, declare:

1. I am an attorney at law, licensed to practice before all of the Courts of the State of California, and I am the principal of The Soni Law Firm, counsel for Plaintiff herein, BIBIJI INDERJIT KAUR PURI ("Bibiji"). I have represented Bibiji in various legal matters since 2004. This declaration is based on my own personal knowledge and, if called as a witness, I would so testify.

2. Bibiji has been adjudicated to be an owner of the YOGI and YOGI TEA trademarks registered by Golden Temple of Oregon, LLC ("GTO"). The basis for the ruling as to Bibiji's ownership of those trademarks also supports Bibiji's ownership of the PEACE CEREAL trademark registered by GTO. Sometime in 2009, GTO sold part of its cereal business along with the PEACE CEREAL trademark to Hearthside Food Solutions, LLC ("Hearthside"). GTO also licensed Hearthside to use the YOGI and YOGI TEA trademarks.

3. On or about September 8th 2011, after an arbitration panel issued its findings that Bibiji was an owner of the YOGI and YOGI TEA trademarks and that GTO would be ordered to assign the federal registrations of those marks to Bibiji, I initiated discussions with Hearthside regarding Hearthside's unauthorized use of the PEACE CEREAL trademark, as well as the YOGI and YOGI TEA trademarks.

4. On or about September 9th, 2011, Hearthside agreed in writing not to file a lawsuit regarding its right to use the PEACE CEREAL mark pending settlement negotiations. A true and correct copy of the letter from Hearthside in this regard is attached hereto as Exhibit "B." Nevertheless, without any warning to me, or any indication that it would no longer participate in settlement discussions, Hearthside filed a lawsuit in the U.S. District Court for the District of Oregon on October 13, 2011.

//

SONI DEC IN SUPPORT OF PLAINTIFF'S OPPOSITION TO HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO DISMISS, STAY OR TRANSFER
CASE NO.:CV11-08675-JFW (SSx)

S:\Soni_Law\Inderjit Puri\Inderjit v Hearthside\pldgs\Opp2Mtn2Stay or Transfer-sps decl-spswpd.wpd   2

1        5.    I immediately prepared and filed the Complaint in this action on October 19, 2011.  Plaintiff served her Complaint on Hearthside's agent for service of process on October 19, 2011, thereby acquiring jurisdiction over that Hearthside.  A true and correct copy of the Proof of Service of the Complaint on Hearthside is attached hereto as Exhibit "A."  As of the date of filing this opposition, Hearthside has not yet served its Complaint on Bibiji.

      6.    Bibiji resides in Los Angeles, California.  She is seventy six (76) years old and in poor health.  Bibiji also has limited resources to prosecute this action.

      7.    Bibiji will rely upon experts from the Los Angeles area to prove her damages.  Also, Bibiji's documentary evidence is located in California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 28th day of November 2011, at Pasadena, California.

            /s/ Surjit P. Soni
            Surjit P. Soni, Declarant

SONI DEC IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO
DISMISS, STAY OR TRANSFER
CASE NO.:CV11-08675-JFW (SSx)

S:\Soni_Law\Inderjit Puri\Inderjit v Hearthside\pldgs\Opp2Mtn2Stay or Transfer-sps decl-spswpd.wpd  3

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is 35 North Lake Avenue, Suite 720, Pasadena, California 91101.

On November 28, 2011, I served the foregoing document described as **DECLARATION OF SURJIT P. SONI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO DISMISS, STAY OR TRANSFER** on the interested parties as follows:

Rhonda R. Trotter
Amanda Myers
Kaye Scholler LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067

[X] (MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day, with postage thereon fully prepaid at Pasadena, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (PERSONAL SERVICE) I caused the above referenced document to be personally served by hand on the addressees listed above.

[X] (VIA ELECTRONIC MAIL) I caused such document to be delivered to addressees listed above via email delivery.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 28, 2011, Pasadena, California.

   /s/Gayane Mkrttchian
   Gayane Mkrttchian

SONI DEC IN SUPPORT OF PLAINTIFF'S OPPOSITION TO HEARTHSIDE FOOD SOLUTIONS, LLC'S MOTION TO DISMISS, STAY OR TRANSFER
CASE NO.:CV11-08675-JFW (SSx)

S:\Soni_Law\Inderjit Puri\Inderjit v Hearthside\pldgs\Opp2Mtn2Stay or Transfer-sps decl-sps.wpd      4