# KAYE SCHOLER LLP

312 583-2387
312 583-2501
thorenkamp@kayescholer.com

Three First National Plaza
Suite 4100
70 West Madison Street
Chicago, Illinois 60602-4231
312 583-2300
Fax 312 583-2360
www.kayescholer.com

September 9, 2011

**VIA E-MAIL (surj@sonilaw.com)**

Surjit P. Soni
The Soni Law Firm
35 N. Lake Avenue, Suite 720
Pasadena, California 91101

      **RE:   Your Letter Dated September 8, 2011**

Dear Surj:

We received your letter dated September 8, 2011 regarding the use of the YOGI trademark by our client, Hearthside Food Solutions, LLC ("Hearthside"), under a license agreement with Golden Temple of Oregon, LLC ("Golden Temple"). At this point in time, Hearthside can neither confirm nor deny the facts and circumstances outlined, nor the assertions raised, in your letter relating to Hearthside's use of the mark. As you know, Hearthside was not and is not a party to the arbitration. That said, Hearthside has received a copy of the Arbitration Panel's final determination related to the mark and is currently assessing the implications of that determination.

As you noted in your letter, Hearthside will respond to you by September 16, 2011. Per your request, I can confirm that Hearthside will not file any actions before Hearthside has responded to you on that date, and I appreciate your offer to extend the same courtesy to Hearthside.

Nothing in this letter or our communications should in any way be construed as an admission of any liability or obligation of Hearthside or any of its affiliates related to the marks referenced in the Arbitration Panel's final determination.

Sincerely,

Thomas H. Horenkamp

cc:   Richard G. Scalise
      Robert W. Unikel

**EXHIBIT**
**B**

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI